### 13996. ROBINSON *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1922.

Indictment for manufacture of liquor; from Troup superior court — Judge Roop. September 12, 1922.

*J. T. Thomasson,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.